IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ANDY GONZALEZ-ZANTANA, a/k/ JUAN JOSE MEJIAS-MARTINEZ, a/k/a JUA JOSE MEJIAS-MARTINEZ<br>Defendant | CRIMINAL 12-0164CCC |

**ORDER**

Having considered the Report and Recommendation filed on March 12, 2012 (**docket entry 20**) on a Rule 11 proceeding of defendant Andy González-Zantana held before U.S. Magistrate Judge Marcos E. López on March 8, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the Information.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 8, 2012. The **sentencing hearing is set for June 7, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 17, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge